79 F.3d 1137
 Boy Doe, by Brenda Davis, Brenda Davis, Marshall Hill
v.
City of Philadelphia, Department of Human Services, Child
Protective Services, Theodore Levin, Commissioner of DHS,
Maxine H. Tucker, Deputy Commissioner, Children and Youth
Division of DHS, Sonia R. Morales, DHS Social Worker, Matt
Greenberg, DHS Social Worker, Stephen E. Levin, Judge, Court
of Common Pleas Judge, Harold Wexler, Court of Common Pleas
Reporter, Donella Shaffer, Assistant City Solicitor, Miriam Laver,
 NO. 95-1332
 United States Court of Appeals,
Third Circuit.
 Feb 08, 1996
 
 Appeal From: E.D.Pa., No. 94-cv-07276,
 Hutton, J.
 
 
 1
 AFFIRMED.